United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

    Plaintiff,

  v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 18-cv-05654-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 22, 2020

                                       /s/ Phyllis J. Hamilton
                                       PHYLLIS J. HAMILTON
                                       United States District Judge